**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
GAINESVILLE DIVISION

**Amended**

**CIVIL RIGHTS COMPLAINT FORM**
**TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**



KELVIN O. MOES,

Inmate # 913166
(Enter full name of Plaintiff)

vs.

CASE NO: 1:15CV41 MP/GRJ
(To be assigned by Clerk)

SGT. L. JACKSON, OFC. S. HABERLAND,
OFC. B. RINEHART, MEDICAL DIRECTOR,

_____,

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed 0526'15 UsDcFlnlAM1145

## I.   PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: KELVIN ORLANDO MILES
Inmate Number: 913166
Prison or Jail: JEFFERSON CORRECTIONAL INST.
Mailing address: 1050 BIG JOE RD.
MONTICELLO, FLA. 32344

## II.   DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: SGT. L. JACKSON
    Official position: DETENTION SGT.
    Employed at: ALACHUA COUNTY JAIL
    Mailing address: 3333 N.E. 39TH AVE.
    ALACHUA, FLA. 32609

(2) Defendant's name: OFC. S. HABERLAND
    Official position: DETENTION OFFICER
    Employed at: ALACHUA COUNTY JAIL
    Mailing address: 3333 N.E. 39TH AVE.
    ALACHUA, FLA. 32609

(3) Defendant's name: OFC. B. RINEHART
    Official position: DETENTION OFFICER
    Employed at: ALACHUA COUNTY JAIL
    Mailing address: 3333 N.E. 39TH AVE.
    ALACHUA, FLA. 32609

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

(4) DEFENDANT'S NAME: __MEDICAL DIRECTOR__
    OFFICIAL POSITION: __DIRECTOR OF MEDICAL__
    EMPLOYED AT: __ALACHUA COUNTY JAIL__
    MAILING ADDRESS: __3333 N.E. 39TH AVE.__
                     __ALACHUA, FLA. 32609__

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): N/A
   (b) Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(✓)   No( )

1. Parties to previous action:
   a. Plaintiff(s): KELVIN O. MILES
   b. Defendant(s): SGT. L. JACKSON, et al.
2. District and judicial division: NORTHERN DISTRICT, GAINESVILLE
3. Name of judge: _____   Case #: 1:12-CV-31-MP/GRJ
4. Approximate filing date: AUGUST 12, 2012
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: VOLUNTARY DISMISSAL / ABUSE OF JUDICIAL PROCESS

3

7. Facts and claims of case: __EXCESSIVE USE OF FORCE__

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)          No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): __KELVIN O. MILES__
   b. Defendant(s): __SOUTH FLORIDA RECEPTION CENTER__
2. District and judicial division: __SOUTHERN DISTRICT, DADE COUNTY__
3. Name of judge: __PATRICK A. WHITE__   Case #: __08-CV-20612-KMM__
4. Approximate filing date: __MARCH 6, 2008__
5. If not still pending, date of dismissal: __JULY 11, 2011__
6. Reason for dismissal: __SUMMARY JUDGMENT IN DEFENDANT FAVOR__
7. Facts and claims of case: __FAILURE TO PROTECT EIGHTH AMENDMENT CLAIM.__

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(✓)          No( )

1. Parties to previous action:
   a. Plaintiff(s): __KELVIN O. MILES__
   b. Defendant(s): __SOUTH FLORIDA RECEPTION CENTER__
2. District and judicial division: __SOUTHERN DISTRICT, DADE COUNTY__
3. Name of judge: __PATRICK A. WHITE__   Case Docket # __08-CV-20612-KMM__
4. Approximate filing date: __MARCH 6, 2008__   Dismissal date: __JULY 11, 2011__
5. Reason for dismissal: __SUMMARY JUDGMENT IN DEFENDANTS FAVOR__

4

PREVIOUS ACTIONS:

D.

1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): KELVIN O. MILES
   b. DEFENDANT(S): DEPARTMENT OF CORRECTIONS
2. DISTRICT AND JUDICIAL DIVISION: SOUTHERN DISTRICT OF FLORIDA
3. NAME OF JUDGE: UNKNOWN    CASE # UNKNOWN
4. APPROXIMATE FILING DATE: HABEAS CORPUS, 1996-97
5. IF NOT STILL PENDING DATE OF DISMISSAL: 1997
6. REASON FOR DISMISSAL: DENIED ON THE MERITS
7. FACTS AND CLAIMS OF CASE: CHALLENGING JUDGMENT OF SENTENCE

1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): KELVIN O. MILES
   b. DEFENDANT(S): DEPARTMENT OF CORRECTIONS
2. DISTRICT AND JUDICIAL DIVISION: NORTHERN DISTRICT CIVIL
3. NAME OF JUDGE: UNKNOWN    CASE # UNKNOWN
4. APPROXIMATE FILING DATE: 2001-02
5. IF NOT STILL PENDING DATE OF DISMISSAL: 2002
6. REASON FOR DISMISSAL: LACK OF PROSECUTION
7. FACTS AND CLAIMS OF CASE: CONDITIONS OF CONFINEMENT

1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): KELVIN O. MILES
   b. DEFENDANT(S): DEPARTMENT OF CORRECTIONS
2. DISTRICT AND JUDICIAL DIVISION: LEON COUNTY COURTHOUSE
3. NAME OF JUDGE: UNKNOWN    CASE # UNKNOWN
4. APPROXIMATE FILING DATE: 2005-06
5. IF NOT STILL PENDING DATE OF DISMISSAL: 2006
6. REASON FOR DISMISSAL: LACK OF PROSECUTION
7. FACTS AND CLAIMS OF CASE: CONDITIONS OF CONFINEMENT

D. PREVIOUS ACTIONS:

1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): KELVIN O. MILES
   b. DEFENDANT(S): DEPARTMENT OF CORRECTIONS
2. DISTRICT AND JUDICIAL DIVISION: STARK COUNTY FLORIDA
3. NAME OF JUDGE: UNKNOWN    CASE # UNKNOWN
4. APPROXIMATE FILING DATE: HABEAS CORPUS 2009-10
5. IF NOT STILL PENDING DATE OF DISMISSAL: 2010
6. REASON FOR DISMISSAL: DENIED ON THE MERITS
7. FACTS AND CLAIMS OF CASE: CONDITIONS OF CONFINEMENT

TO THE BEST OF THIS PLAINTIFF'S KNOWLEDGE THESE ARE ALL PREVIOUS FILED LAWSUITS, HABEAS CORPUS, AND MANDAMUS FILED. IF ANY OTHER PRIOR CASES/ OR LAWSUITS HAVE BEEN FILED THIS PLAINTIFF IS UNSURE.

E. HAVE YOU EVER HAD ANY ACTION IN FEDERAL COURT DISMISSED AS FRIVOLOUS, MALICIOUS, OR FAILURE TO STATE A CLAIM.
   ☑ YES

1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): KELVIN O. MILES
   b. DEFENDANT(S): SOUTH FLORIDA RECEPTION CENTER
2. DISTRICT AND JUDICIAL DIVISION: ELEVENTH CIRCUIT (11TH) ATLANTA G.A.
3. NAME OF JUDGE: UNKNOWN    CASE # UNKNOWN
4. APPROXIMATE FILING DATE: 2011
5. REASON FOR DISMISSAL: FRIVOLOUS

4(c)

6. Facts and claims of case: __FAILURE TO PROTECT CLAIM EIGHT AMENDMENT CLAIM.__

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On August 23, 2011 the Plaintiff was removed from the male infirmary and escorted to E4 Pod by Sgt. Calvin and ofc. Mizzell between the hours of seven (7) and nine (9) o'clock Pm. Once Plaintiff arrived at E4 Pod Plaintiff was placed in Cell (11), while being placed in the Cell Plaintiff requested from Sgt. Calvin that his Property be brought to him out of the Property room and Sgt. Calvin agreed to go and get Plaintiff's Property.

Once Plaintiff was placed in the cell the leg restraints and handcuffs were removed. Minutes later Sgt. L. Jackson entered E4 Pod and ordered his officers to begin cell inspection of each individual cell.

Once Sgt. L. Jackson and his officers reached Plaintiffs cell to do cell inspection Sgt. Calvin was returning with Plaintiff's Property, therefore Sgt. L. Jackson had his officers place Plaintiff back in leg restraints and handcuffs.

Once back in leg restraints and handcuffs Plaintiffs cell was then inspected while Plaintiff was standing next to Sgt. Calvin as Sgt. Calvin went through Plaintiffs Property searching for contraband.

Sgt. Calvin then began to remove several important Papers from Plaintiffs Property stating that Plaintiff was not allowed to have these items, so Plaintiff politely requested that Sgt. Calvin place all of his Property back in the Property room.

During this time Sgt. L. Jackson ordered Plaintiff to step back into his cell which Plaintiff complied.

MISUSE OF FORCE:

5

While in the cell Sgt. L. Jackson ordered Plaintiff to step back further into the cell which Plaintiff complied, but suddenly out of nowhere Sgt. L. Jackson pushed Plaintiff further in the cell, Plaintiff then informed Sgt. L. Jackson that there was no need to push him because Plaintiff was complying.

Then at that moment Sgt. L. Jackson just jerked Plaintiff by the arm to make sure Plaintiff complied, so out of physical reaction Plaintiff jerked his arm in an upward motion away from Sgt. L. Jackson in an attempt to free himselve, that's when Sgt. L. Jackson and ofc. S. Naberland grabbed Plaintiff and slammed him to the floor while ofc. B. Rinehart rushed in the cell and dived into Plaintiff's midsection fist and elbows landing in Plaintiff's chest and neck area. During this assault Plaintiff suffered a very bad jolt to his lower back and his left hip area where his back and hip hit the wood of the bunk then falling hard to the floor, and all of this occurred while Plaintiff was still in leg restraints and handcuffs.

During this entire ordeal Plaintiff never resisted nor did Plaintiff ever pose a threat to Sgt. L. Jackson, ofc. S. Naberland, or ofc. B. Rinehart. The excessive force that was used was objectively unreasonable and applied in a malicious and sadistic manner.

During this time while Plaintiff was being pinned to the floor by force the nurse came into the cell to check on Plaintiff but Plaintiff declined medical attention at that time, due to Plaintiff being upset as to what had just took place.

After the nurse left Plaintiff was lifted off the floor and literally dragged out of the Pod by Sgt. L. Jackson and his officers.

Once outside the Pod Sgt. L. Jackson intentionally slammed Plaintiff into the wall right in front of the officers station which was unnecessary and objectively unreasonable. Sgt. L. Jackson then dragged Plaintiff several more feet and then slammed Plaintiff to the floor while threatening Plaintiff with threatening remarks of breaking Plaintiff's arm.

The entire event from start to finish was caught on camera, because there are cameras in the cell and cameras placed throughout the entire detention center. Further, the event that took place outside the Pod in front of the officer's station was witnessed by inmate Prince Simmons. "Ex. B".

Sgt. L. Jackson is well known throughout the detention center for repeatedly engaging in the unnecessary use of excessive force, whereas this is not the first time that Sgt. L. Jackson has use unnecessary force.

6

## DENIAL OF MEDICAL CARE:

On 8-25-11, the Plaintiff submitted a sick call request seeking medical attention due to the injuries and pain he sustained to his lower back and left hip area that was caused by Sgt. L. Jackson, ofc. S. Naberland, and ofc. B. Rinehart.

On 8-29-11, the Plaintiff submitted a second sick call request seeking medical attention due to the injuries and pain he sustained to his lower back and left hip area that was caused by Sgt. L. Jackson, ofc. S. Naberland, and ofc. B. Rinehart.

On 8-31-11, nurse J. Skelton referred Plaintiff to the medical clinic for an evaluation and medical treatment.

During the first week of September 2011, Plaintiff was called out to the medical clinic for a skin test and a rectal exam, but when Plaintiff inquired about the pain that he was experiencing in his lower back and left hip area due to the injuries he sustained due to Sgt. L. Jackson, ofc. S. Naberland and ofc. B. Rinehart, Plaintiff was informed that he must submit a sick call request, Plaintiff then explained to the nurse that he had already submitted two (2) sick call request but was still informed that he must submit another sick call request.

On 9-11-11, Plaintiff submitted a third (3) sick call request seeking medical attention due to the injuries and pain he sustained to his lower back and left hip area that was caused by Sgt. L. Jackson, ofc. S. Naberland, and ofc. B. Rinehart.

On 9-16-11, Plaintiff was once again seen by nurse J. Skelton and again Plaintiff was referred to the medical clinic for an evaluation and medical treatment and was given some tylenol for the pain.

After several weeks of suffering from the pain Plaintiff was finally taken to the medical clinic for treatment but the treatment provided was inadequate and incompetent.

The doctor never provided Plaintiff with a full evaluation nor did the doctor ever diagnose the problem or provide Plaintiff with any specific treatment to relieve the pain and suffering, which Plaintiff is continuing to experience as of this day.

## VI.  STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

CAUSE OF ACTIONS: The actions and omissions on the part of Sgt. L. Jackson, ofc. S. Naberland, ofc. B. Rinehart, and the Medical director violated Plaintiff's 5TH, 8TH, and 14TH amendment right U.S.C.A. to be free of Cruel and unusual Punishment and the right to be free from arbitrary Conduct or bodily harm.

## VII.  RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

Award Plaintiff Compensatory damages for the Physical Pain he is continuing to suffer from and Award Plaintiff Punitive damages for the Pain and Suffering.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

5-20-15

(Date)

_____
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 20TH day of MAY, 20 15.

_____
(Signature of Plaintiff)

Revised 03/07

7


## CAUSE OF ACTION

Defendants Sgt. L. Jackson, ofc. S. Haberland, ofc. B. Rinehart, and the Medical director acted with deliberate and reckless indifference to Plaintiff's safety by using excessive physical force without need or provocation, or in failing to intervene to prevent the misuse of force where it was done in a maliciously and sadistically manner which constituted Cruel and unusual Punishment in violation of the 8TH amendment to the United States Constitution.

## CAUSE OF ACTION
## STATE TORT LAW CLAIM

The actions and omissions on the part of Sgt. L. Jackson, ofc. S. Haberland, ofc. B. Rinehart and the Medical director violates "State law" of the FLA. CONST. ART. 1 §9 "DUE PROCESS" and ART. 1 §17 "Cruel and unusual Punishment" and ART. 1 §2 with a malicious and sadistic Purpose or in a manner showing wanton and willful or reckless disregard of human right and/or gross negligence.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACTS, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

5-20-15
(Date)

_____
(Signature of Plaintiff)

7(b)

