IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KELVIN O MILES,

    Plaintiff,

v.                                                   CASE NO. 1:15-cv-00041-MP-GRJ

L JACKSON, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 14, 2016. (Doc. 33). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

However, on January 22, 2016, Plaintiff filed a motion for leave to file a second amended complaint. (Doc. 34). In his motion, Plaintiff requests that he may add more information regarding punitive and monetary damages. He notes that he previously requested leave to file a second amended complaint on Doc. 23, but the motion was denied without prejudice pending the resolution of the motion to dismiss filed by Defendants. Plaintiff now argues that because the motion to dismiss was denied, he should now be granted leave to file a second amended complaint.

Considering Plaintiff's motions, it is clear that it is not an objection to the Report and Recommendation. However, the motion appears to assume this Court will adopt the Report and

*Page 2 of 2*

Recommendation. Therefore, this motion will be held in abeyance and referred back to the Magistrate Judge to determine the merits of Plaintiff's motion.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 33, is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss pursuant to the three-strikes bar, Doc. 20, is DENIED.

3. Plaintiff's Motion for Leave to File a Second Amended Complaint, Doc. 34, is held in abeyance and referred to the Magistrate Judge.

**DONE AND ORDERED** this __1st__ day of February, 2016

                              *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge